UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| CHARLES LEE DAMON CLARK, ) | |
| ) | CASE NO.: 3:15-CV-00527-RCJ-VPC |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| RODRIGO ESPINO, *et al.*, ) | |
| ) | |
| Defendant. ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #27) entered on January 17, 2017 in which the Magistrate Judge recommends the Court grant Plaintiff's Motion to Voluntarily Dismiss this case (ECF No. 25).  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 27).

IT IS HEREBY ORDERED that Plaintiff's Motion to Voluntarily Dismiss (ECF No. 25) is GRANTED.  The Clerk of the Court shall close this case.

IT IS SO ORDERED this 16th day of February, 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE